UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLERK'S MINUTES**
**Telephonic Status Conference**

**Case Number: 6:11-CV-1031-ORL-36TBS**

| RICHARD W. MCWHORTER | | Plaintiff's Counsel: | James Sherman |
|---|---|---|---|
| Plaintiff, | | | Nicolette Corso Vilmos |
| LEIGH RICHARD MEININGER Intervenor-Plaintiff, | | | |
| -v- | | | |
| ROBERT J. VACKO, JR. MICHAEL A. FLASKEY | | Defense Counsel: | John Tamayo |
| | | | David Henserling |
| Defendant(s). | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Koretta Stanford 407.872.1715 |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | January 30, 2013 | Time: | 11:05 am to 11:11 am |

| | |
|---|---|
| 11:05 am | Convene |
| | Appearances |
| 11:06 am | Court reviews the case |
| 11:07 am | Plaintiff as to status (Sherman) |
| 11:09 am | Court will expect to get a stipulated dismissal of this lawsuit from counsel near the end of February 2013, first part of March 2013. If that does not occur, then the Court will most likely reconvene for another telephonic conference to determine how to proceed in this matter. |
| 11:11 am | Adjourned |