UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD W. MCWHORTER,**

       **Plaintiff,**

v.                                  Case No:  6:11-cv-1031-Orl-36TBS

**ROBERT J. VACKO, JR.  and
MICHAEL A. FLASKEY,**

       **Defendants.**
_____/

### O R D E R

THIS MATTER came before the Court for a status conference on January 30, 2013.  At the status conference the Court was advised that this case would be dismissed, subject to approval by the bankruptcy court in Atlanta, Georgia.  The dismissal was expected to occur by the end of February or first part of March.  To date, no stipulation for dismissal has been filed.  Accordingly, the parties are directed to file a report updating the Court as to the status of this case within **seven (7) days** from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on March 28, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any