UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD W. MCWHORTER,**

      **Plaintiff,**

and

**LEIGH RICHARD MEININGER,**

      **Intervenor Plaintiff.**

v.                                  Case No: 6:11-cv-1031-Orl-36TBS

**ROBERT J. VACKO, JR. and
MICHAEL A. FLASKEY,**

      **Defendants.**

_____/

**O R D E R**

Before the Court is the Stipulation for Dismissal (Doc. 35). In accord with the Stipulation for Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation for Dismissal is **APPROVED** (Doc. 35).

2) This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record