UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD W. MCWHORTER,**

        **Plaintiff,**

and

**LEIGH RICHARD MEININGER,**

        **Intervenor Plaintiff.**

v.                                      Case No:  6:11-cv-1031-Orl-36TBS

**ROBERT J. VACKO, JR.  and**
**MICHAEL A. FLASKEY,**

        **Defendants.**
_____/

## AMENDED ORDER

Before the Court is the Stipulation for Dismissal (Doc. 35).  In accord with the Stipulation for Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation for Dismissal is **APPROVED** (Doc. 35).

2) This cause is dismissed, each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Orlando, Florida on April 9, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record